DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STATE FARM FIRE & CASUALTY INSURANCE COMPANY,**
Appellant,

v.

**LUCILLE COVINGTON** and **TYRONE COVINGTON,**
Appellee.

No. 4D21-408

[November 17, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Giuseppina Miranda, Judge; L.T. Case Nos. COCE12-15922 and CACE19-26062.

Warren B. Kwavnick and Kelly Lenahan of Cooney Trybus Kwavnick Peets, Fort Lauderdale, for appellant.

Mariano Gonzalez of Gonzalez Legal, P.A., Miramar, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, KLINGENSMITH, and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***